## Catherine FLYNN ex rel. CHIN YEN JUNG, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.

Circuit Court of Appeals, First Circuit.
January 8, 1929.

No. 2297.

E. F. Damon, of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. It is ordered that this case be, and the same hereby is, dismissed.